## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MARY PLAYEZ,

                    Plaintiff,

vs.                                                              Case No.  3:15-cv-469-J-34JBT

STELLAR RECOVERY, INC.,

                    Defendant.

_____/

### ORDER OF DISMISSAL

      This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 13; Stipulation) filed on August 18, 2015.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

      1.      This case is **DISMISSED with prejudice**.

      2.      Each party shall bear their own costs and attorney's fees.

      3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

      **DONE AND ORDERED** in Jacksonville, Florida, this 24th day of August, 2015.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record